| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Francisco Aguayo | 10/13/1965 | CA | Northern District of California | No | San Jose Water (CA4310011) | No | Ulcerative Colitis | 1-9 |
| 2 | Mohammed Ajmal | 2/10/1949 | CA | Eastern District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 3 | Rob Anderson | 5/23/1976 | CA | Central District of California | No | City Of Austin Water And Wastewater (TX2270001) | No | Kidney Cancer | 1-9 |
| 4 | Filemon Andrade | 3/14/1965 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 5 | Abel Arenas | 3/30/1978 | CA | Central District of California | No | Azusa Light & Water (CA1910007) | No | Ulcerative Colitis | 1-9 |
| 6 | Jeffrey Arnold | 4/18/1961 | WV | Southern District of West Virginia | No | Parkersburg Utility Board (WV3305407) | No | Ulcerative Colitis | 1-9 |
| 7 | Donderyll Artis | 3/2/1977 | NC | Eastern District of North Carolina | No | Bell Arthur Water Corporation (NC0474045) | No | Kidney Cancer | 1-9 |
| 8 | Robert Backus | 12/23/1966 | GA | Northern District of Georgia | No | Southwood Water System (WA5382844) | No | Ulcerative Colitis | 1-9 |
| 9 | David Bauer | 1/9/1963 | PA | Eastern District of Pennsylvania | No | PA American Royersford (PA1150166) | No | Kidney Cancer | 1-9 |
| 10 | Alfred Bega | 4/11/1955 | CA | Central District of California | No | City of Riverside (CA3310031) | No | Kidney Cancer | 1-9 |
| 11 | Lamont Benedict | 4/29/1957 | CT | District of Connecticut | No | Norwich Public Utilities Connecticut (CT1040011) | No | Kidney Cancer | 1-9 |
| 12 | Lynn Bibbee | 5/14/1963 | MD | Southern District of Florida | No | BCWWS 2A (FL4060163) | No | Kidney Cancer | 1-9 |
| 13 | Jennifer Biles | 7/7/1984 | GA | Northern District of Georgia | No | LaGrange (GA2850001) | No | Ulcerative Colitis | 1-9 |
| 14 | Tristan Blood | 6/28/1977 | OK | Northern District of Illinois | No | Fox Lake (IL0970200) | No | Kidney Cancer | 1-9 |
| 15 | Christopher Brahm | 8/26/1980 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Ulcerative Colitis | 1-9 |
| 16 | Gregory Brown | 1/6/1953 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 17 | Lori Bryant | 7/18/1970 | WV | Northern District of West Virginia | No | Harrisville (WV3304303) | No | Kidney Cancer | 1-9 |
| 18 | Kenneth Bunker | 10/19/1968 | IL | Central District of Illinois | No | Crest Hill (IL1970250) | No | Kidney Cancer | 1-9 |
| 19 | Mary Buzan | 6/17/1964 | FL | Southern District of Florida | No | City of Stuart (FL4430259) | No | Kidney Cancer | 1-9 |
| 20 | Bruce Campbell | 1/18/1969 | CA | Central District of California | No | San Gabriel Valley Water Co. - El Monte (CA1910039) | No | Ulcerative Colitis | 1-9 |
| 21 | Orlando Castellon | 3/18/1939 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 22 | Robert Cimino | 2/24/1962 | PA | Eastern District of Pennsylvania | No | NWWA Warrington Township (PA1090070) | No | Kidney Cancer | 1-9 |
| 23 | George Clarke | 5/13/1958 | OH | Southern District of Ohio | No | Montgomery County Water Services 1 PWS (OH5701315) | No | Kidney Cancer | 1-9 |
| 24 | Sharon Cockerel | 6/5/1952 | SC | District of South Carolina | No | Grand Stand Water & Sewer Authority (SC2620004) | No | Ulcerative Colitis | 1-9 |
| 25 | Steve Cottle | 5/14/1946 | GA | Northern District of Georgia | No | LaGrange (GA2850001) | No | Kidney Cancer | 1-9 |
| 26 | Marvin Crane | 11/3/1949 | TX | District of New Jersey | No | Jersey City Municipal Utilities Authority (NJ0906001) | No | Kidney Cancer | 1-9 |
| 27 | Chris Crawford | 9/1/1982 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Ulcerative Colitis | 1-9 |
| 28 | Heather Crofton | 4/10/1987 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Ulcerative Colitis | 1-9 |
| 29 | Ryan Dahlman | 10/28/1978 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Ulcerative Colitis | 1-9 |
| 30 | Mario De Arce | 3/17/1945 | FL | Southern District of Florida | No | City of North Miami (FL4130977) | No | Kidney Cancer | 1-9 |
| 31 | Lucy Deardorff | 10/10/1968 | OH | Southern District of Ohio | No | Hamilton Public Water System (OH0904012) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 32 | Joan Debes | 11/3/1963 | NJ | District of New Jersey | No | Glassboro Water Department (NJ0806001) | No | Kidney Cancer | 1-9 |
| 33 | Michael John Dehnert | 5/26/1960 | FL | Northern District of Florida | Yes | City Of Abilene (TX2210001) | No | Kidney Cancer | 1-9 |
| 34 | Orlando Diaz | 3/23/1973 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 35 | Michael Doggett | 8/2/1993 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Ulcerative Colitis | 1-9 |
| 36 | Ryan Duchon | 1/15/1971 | OH | Northern District of Illinois | No | Chicago (IL0316000) | No | Kidney Cancer | 1-9 |
| 37 | Arthur Duke | 7/20/1956 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 38 | Clarence Eaton | 11/14/1964 | GA | Northern District of Georgia | No | LaGrange (GA2850001) | No | Kidney Cancer | 1-9 |
| 39 | Mohammad Eid | 10/10/1983 | NJ | District of New Jersey | No | Franklin Township Department of Public Works (NJ1808001) | No | Kidney Cancer | 1-9 |
| 40 | Brianna Fitzgerald | 9/25/1982 | CA | Central District of California | No | Ontario Municipal Utilities Company (CA3610034) | No | Kidney Cancer | 1-9 |
| 41 | Albert Fritts Jr. | 11/18/1960 | VA | District of Maryland | Yes | Washington Suburban Sanitary Commission (MD0150005) | No | Kidney Cancer | 1-9 |
| 42 | Natasha Fumasoli | 12/20/1976 | NY | Eastern District of New York | No | Water Authority Of Western Nassau (NY2902830) | No | Ulcerative Colitis | 1-9 |
| 43 | Anthony Gagliardi | 4/26/1969 | NJ | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 44 | Richard Garcia | 5/6/1948 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 45 | Rachelle Gilliam | 2/7/1970 | IL | Northern District of Illinois | No | Freeport (IL1770200) | No | Kidney Cancer | 1-9 |
| 46 | Greta Gilmond | 6/15/1967 | MT | District of Montana | No | City Of Richland (WA5372250) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 47 | Steven Godowsky | 2/15/1948 | DE | District of Delaware | No | Artesian Water Company (DE0000552) | No | Kidney Cancer | 1-9 |
| 48 | Yvonne Gonzalez | 4/5/1963 | CA | Central District of California | No | San Gabriel Valley Water Co. - El Monte (CA1910039) | No | Kidney Cancer | 1-9 |
| 49 | Ellen Grant | 2/12/1957 | NH | District of New Hampshire | No | Seabrook Water Department (NH2111010) | No | Kidney Cancer | 1-9 |
| 50 | Ralph Timothy Green | 1/21/1948 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 51 | Richard Green | 1/18/1961 | FL | Middle District of Florida | No | City of Zephyrhills (FL6512020) | No | Kidney Cancer | 1-9 |
| 52 | Thomas Gunther II | 1/16/1956 | VA | Eastern District of Virginia | No | City Of Newport News (VA3700500) | No | Kidney Cancer | 1-9 |
| 53 | Tony Guy | 4/1/1953 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 54 | James Hailey | 7/24/1969 | SC | District of South Carolina | No | City Of Monroe (NC0190010) | No | Kidney Cancer | 1-9 |
| 55 | Joseph Halovanic | 5/11/1971 | PA | Eastern District of Pennsylvania | No | Aquarion Water Company of CT (CT0150011) | No | Kidney Cancer | 1-9 |
| 56 | Marla K Hammer | 2/26/1968 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 57 | Debra Haskins | 7/27/1957 | IL | Central District of Illinois | No | Rock Island (IL1610650) | No | Kidney Cancer | 1-9 |
| 58 | William Hill, Jr. | 2/10/1965 | AL | Northern District of Alabama | No | Gadsden Water Works and Sewer Board (AL0000577) | No | Kidney Cancer | 1-9 |
| 59 | George Hoenig | 8/2/1957 | CA | Central District of California | No | Liberty Utilities - Bellflower-Norwalk (CA1910211) | No | Kidney Cancer | 1-9 |
| 60 | Mark Holt | 3/2/1950 | FL | Southern District of Florida | No | City of Vero Beach (FL3310206) | No | Kidney Cancer | 1-9 |
| 61 | Robby Hutcherson | 3/29/1969 | AL | Southern District of Alabama | No | Saraland Water & Sewer Service (AL0001021) | No | Kidney Cancer | 1-9 |
| 62 | Manuel Jimenez | 12/24/1956 | WI | Western District of Wisconsin | No | La Crosse Water Works (WI6320309) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 63 | Claudia Joiner | 9/1/1946 | FL | Southern District of California | No | Sweetwater Authority (CA3710025) | No | Kidney Cancer | 1-9 |
| 64 | Anthony Jones | 5/18/1981 | NC | Eastern District of North Carolina | No | City of Lumberton (NC0378010) | No | Kidney Cancer | 1-9 |
| 65 | Michael Jordan | 11/13/1958 | NM | District of New Mexico | No | City Of Pasadena (TX1010293) | No | Kidney Cancer | 1-9 |
| 66 | Elaine Jugon | 2/26/1965 | PA | Middle District of Pennsylvania | No | Middlesex Water Company (NJ1225001) | No | Kidney Cancer | 1-9 |
| 67 | Ray Kelley | 10/16/1964 | FL | Middle District of Florida | No | City of Concord (NC0113010) | No | Kidney Cancer | 1-9 |
| 68 | Todd Kimmell | 12/20/1957 | NJ | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Liver Cancer | 1-9 |
| 69 | Robert Kine | 8/26/1967 | FL | Southern District of Florida | No | City Of Hollywood (FL4060642) | No | Kidney Cancer | 1-9 |
| 70 | Daniel Knapp | 4/5/1953 | FL | Middle District of Florida | No | Naples Water Department (FL5110198) | No | Kidney Cancer | 1-9 |
| 71 | Latercia C Knight | 9/15/1962 | AL | Southern District of Alabama | No | North Baldwin Utilities (AL0000023) | No | Kidney Cancer | 1-9 |
| 72 | Varun Lashkari | 7/7/1994 | TX | Eastern District of Michigan | No | Ann Arbor (MI0000220) | No | Ulcerative Colitis | 1-9 |
| 73 | Marc Leslie | 2/10/1959 | OH | District of New Jersey | No | Ridgewood Water (NJ0251001) | No | Ulcerative Colitis | 1-9 |
| 74 | Linda Green | 8/5/1971 | SC | District of South Carolina | No | City Of Lauderhill (FL4060787) | No | Ulcerative Colitis | 1-9 |
| 75 | Charles Locklear | 10/24/1956 | NC | Eastern District of North Carolina | No | Robeson County Water System (NC0378055) | No | Kidney Cancer | 1-9 |
| 76 | Olivia Loeb Burten | 3/10/1951 | NJ | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 77 | James Lovain | 1/13/1947 | GA | Northern District of Georgia | No | Dalton Utilities (GA3130000) | No | Kidney Cancer | 1-9 |
| 78 | Arlen Martin | 1/29/1966 | NJ | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 79 | Michael Matthews | 6/1/1969 | NC | Eastern District of North Carolina | No | City Of Dunn (NC0343010) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 80 | Kevin McCauley | 8/25/1955 | NY | Eastern District of New York | No | NJ American Water - Coastal North (NJ1345001) | No | Kidney Cancer | 1-9 |
| 81 | Randy McMahon | 5/28/1957 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Ulcerative Colitis | 1-9 |
| 82 | Peggy Mcmurtray | 1/28/1955 | TX | Eastern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 83 | Dustin Meade | 7/16/1978 | TN | Eastern District of Tennessee | No | Kingsport Water Dept (TN0000349) | No | Ulcerative Colitis | 1-9 |
| 84 | Annette Meimetis | 5/12/1975 | CA | Central District of California | No | City of Riverside (CA3310031) | No | Ulcerative Colitis | 1-9 |
| 85 | Jenny Mendel | 7/23/1961 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 86 | Robert Mercier | 6/14/1967 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 87 | Robert Mignone | 8/18/1958 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 88 | Bonnie Miller | 9/11/1954 | WI | Eastern District of Wisconsin | No | West Bend Water Utility (WI2670120) | No | Kidney Cancer | 1-9 |
| 89 | Mark Milliman | 3/25/1964 | WA | Eastern District of Washington | No | City Of Kennewick (WA5338100) | No | Kidney Cancer | 1-9 |
| 90 | Susan Montoya | 6/16/1974 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 91 | Tony Wayne Mullenix | 9/30/1962 | TN | Eastern District of Tennessee | No | Erwin Utilities Authority (TN0000231) | No | Kidney Cancer | 1-9 |
| 92 | Susan Napier | 8/31/1951 | FL | Southern District of Florida | No | Boynton Beach PWS (FL4500145) | No | Kidney Cancer | 1-9 |
| 93 | Raul Navarro | 5/7/1961 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 94 | Bernard O'Doherty | 10/21/1955 | OH | Northern District of Illinois | No | Chicago (IL0316000) | No | Kidney Cancer | 1-9 |
| 95 | Colin Parks | 9/13/1954 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 96 | Charles Paulik | 3/7/1950 | NJ | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Liver Cancer | 1-9 |
| 97 | Bernard Perutti | 8/18/1983 | NJ | District of New Jersey | No | Verona Water Department (NJ0720001) | No | Ulcerative Colitis | 1-9 |
| 98 | Alecia Phillips | 1/2/1960 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 99 | Luis Pinon | 4/15/1980 | CA | Central District of California | No | Pico Rivera - City, Water Dept. (CA1910042) | No | Kidney Cancer | 1-9 |
| 100 | Marianne Polloni | 9/6/1956 | CT | District of Connecticut | No | Avon Water Co. (CT0040011) | No | Ulcerative Colitis | 1-9 |
| 101 | Kelly Rogers | 7/5/1979 | AL | Northern District of Alabama | No | Albertville Utilities Board (AL0000933) | No | Kidney Cancer | 1-9 |
| 102 | David A. Quinn | 1/2/1949 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 103 | Juan David Ramirez Galvan | 2/12/1965 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 104 | Cynthia Reberk | 3/2/1957 | WI | District of Minnesota | No | City of Oakdale (MN1820016) | No | Kidney Cancer | 1-9 |
| 105 | Robin Rhoades | 1/22/1967 | TX | Northern District of Texas | No | Arizona Water Company - Pinal Valley (AZ0411009) | No | Kidney Cancer | 1-9 |
| 106 | Dwight Rice | 10/28/1963 | GA | Southern District of Georgia | No | Augusta-Richmond County WS (GA2450000) | No | Kidney Cancer | 1-9 |
| 107 | Jason Rios | 9/22/1982 | CA | Central District of California | Yes | Crescenta Valley CWD (CA1910028) | No | Ulcerative Colitis | 1-9 |
| 108 | Dennis Rivera | 1/10/1979 | FL | Southern District of Florida | No | Lake Worth Beach Utilities (FL4500773) | No | Ulcerative Colitis | 1-9 |
| 109 | Steve Robinson | 9/4/1971 | OR | District of Oregon | No | City Of Milwaukie (OR4100528) | No | Ulcerative Colitis | 1-9 |
| 110 | Franklin Robnett | 12/12/1955 | OK | Northern District of Oklahoma | No | Broken Arrow Municipal Authority (OK1021508) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 111 | Elisia Romero | 1/15/1983 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Ulcerative Colitis | 1-9 |
| 112 | Carmen Sanchez Arellano | 2/3/1955 | TX | Northern District of Texas | No | City Of River Oaks (TX2200069) | No | Kidney Cancer | 1-9 |
| 113 | Mario Sanchez | 9/2/1959 | CA | Eastern District of California | No | City of Midland Water Purification Plant (TX1650001) | No | Liver Cancer | 1-9 |
| 114 | Cynthia Schwenk | 5/11/1960 | PA | Eastern District of Pennsylvania | No | Upper Hanover Water Authority (PA1460036) | No | Kidney Cancer | 1-9 |
| 115 | Dan Seales | 11/30/1966 | AL | Northern District of Alabama | No | Decatur Board of Municipal Utilities (AL0001084) | No | Kidney Cancer | 1-9 |
| 116 | Ronald Sheppard | 4/24/1956 | MI | Western District of Michigan | No | Kalamazoo (MI0003520) | No | Kidney Cancer | 1-9 |
| 117 | Mike Skaggs | 4/3/1961 | IA | Northern District of Iowa | No | Sioux City Water Supply (IA9778054) | No | Kidney Cancer | 1-9 |
| 118 | Tommy Smith Jr | 3/19/1970 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Liver Cancer | 1-9 |
| 119 | Micah James Smith | 4/25/1970 | CA | Eastern District of California | No | California Water Service - Visalia (CA5410016) | No | Kidney Cancer | 1-9 |
| 120 | Jane Smith | 5/30/1958 | SC | District of South Carolina | No | City of Florence (SC2110001) | No | Kidney Cancer | 1-9 |
| 121 | Robert Smith | 11/4/1961 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 122 | Phaedra Sorel Morrissey | 2/22/1994 | IL | Southern District of Illinois | No | Edwardsville (IL1190250) | No | Ulcerative Colitis | 1-9 |
| 123 | Roy Spell | 12/11/1973 | NC | Eastern District of North Carolina | No | Greenville Utilities Commission (NC0474010) | No | Kidney Cancer | 1-9 |
| 124 | Alan Sternberg | 6/17/1950 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 125 | Andrew Surace | 12/6/1955 | NJ | District of New Jersey | No | Palm Bay, City Of (FL3050442) | No | Kidney Cancer | 1-9 |
| 126 | Matthew Tanner | 5/28/1982 | AZ | District of Arizona | Yes | Arizona Water Co. - Sedona (AZ0403003) | No | Ulcerative Colitis | 1-9 |
| 127 | Monica Terry | 8/8/1968 | GA | Northern District of Georgia | No | Huntsville Utilities (AL0000882) | No | Ulcerative Colitis | 1-9 |
| 128 | David Todd | 9/5/1966 | KY | Eastern District of Kentucky | No | Kentucky American Water Co. (KY0340250) | No | Kidney Cancer | 1-9 |
| 129 | Jonathan Treesh | 7/5/1977 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Ulcerative Colitis | 1-9 |
| 130 | Richard Urban | 7/17/1952 | NY | Eastern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 131 | Pamela Voyles | 10/14/1957 | GA | Northern District of Georgia | No | City of Calhoun (GA1290000) | No | Kidney Cancer | 1-9 |
| 132 | David Ward | 12/25/1965 | PA | Eastern District of Pennsylvania | Yes | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 133 | Susan Watson | 9/24/1958 | FL | Southern District of Florida | No | City Of Tamarac (West) (FL4061429) | No | Kidney Cancer | 1-9 |
| 134 | Paul Jason Wells | 6/26/1963 | AZ | District of Arizona | No | City Of Tempe (AZ0407100) | No | Kidney Cancer | 1-9 |
| 135 | Daniel White | 6/23/1958 | OH | Eastern District of California | No | Sacramento Suburban Water District (CA3410001) | No | Ulcerative Colitis | 1-9 |
| 136 | Douglas Williams | 8/24/1964 | SC | District of South Carolina | No | Laurens County W&S Comm (SC3020001) | No | Kidney Cancer | 1-9 |
| 137 | Richard Marlin Willis | 12/4/1953 | IL | Northern District of Illinois | No | Channahon (IL1970200) | No | Kidney Cancer | 1-9 |
| 138 | Jack Wygal | 9/17/1943 | CA | Central District of California | No | City of Anaheim (CA3010001) | No | Kidney Cancer | 1-9 |
| 139 | Michael Young | 11/17/1955 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 140 | Andrea Ziel-Damico | 6/30/1965 | SC | District of South Carolina | No | GSW&SA - Myrtle Beach (SC2620009) | No | Kidney Cancer | 1-9 |